UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

Debtor(s): VALERIE L. PEIFFER                                Case No. 16-25714(ABA)

## LEASE ASSUMPTION AGREEMENT

I/We agree to assume the Lease Agreement ("Lease"), described below (See Description of Lease), with **CAB EAST LLC, serviced by Ford Motor Credit Company LLC** its affiliates, successors and assigns ("Lessor") pursuant to 11 U.S.C. §365(p) and agree to make the monthly payments listed below (See Payments Due Under Lease) as required under the Lease. The Lease is hereby incorporated by reference. I/We further agree to be bound by all the terms and conditions of the Lease including but not limited to any and all liability for excess mileage, excess wear and use, and any other amounts required by the Lease. I/We agree to assume the Lease as my/our personal obligation and agree that any protections afforded under 11 U.S.C. §524(a) do not apply to this Lease.

**Description of Lease**

Lease Date: 5-24-14    Vehicle Description: 2014 Ford Fusion    VIN: 1FA6P0HD7E5398076

**Payments Due Under Lease**

The next monthly lease payment under the lease is due on 9-23-16 and the remaining lease payments are due on the same day of each month thereafter until the lease terminates 8-24-17

Payments on the Lease **are not** in default.

I/We assume the Lease through this Lease Assumption Agreement.

Lessee (Debtor):                              Co-Lessee (Co-Debtor), if also assuming the lease:

Print name: VALERIE L. PEIFFER                Print name: _____

Signature: *Valerie Peiffer*                  Signature: _____

Date: 9/8/16                                  Date: _____

Accepted by Lessor:

Print Name: John R. Morton, Jr., Esq., attorney for Ford Motor Credit Company LLC, servicer for CAB EAST LLC

Signature: _____

Date: 9-9-16