| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | <u>NOTICE OF APPEARANCE</u> |

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Ashley L. Rose, Esq.
Knuckles, Komosinski & Manfro, LLP
50 Tice Boulevard, Suite 183
Woodcliff Lake, NJ 07677
Phone: (201) 391-0370
E-Fax (201) 781-6744
alr@kkmllp.com

**In Re:**

**Brandy M Young a/k/a
Brandy M Hall**

| | |
|---|---|
| Case No.: | 16-25667-JNP |
| Chapter: | 13 |
| Hearing Date: | |
| Judge: | Jerrold N. Poslusny Jr. |

PLEASE TAKE NOTICE THAT Stonegate Mortgage Corporation appears herein by its counsel, Law Offices of KNUCKLES, KOMOSINSKI & MANFRO, LLP and demands pursuant to Rules 2002 and 9007 of the Bankruptcy Rules that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office address and telephone number:

Law Offices of
Knuckles, Komosinski & Manfro, LLP
50 Tice Boulevard, Suite 183
Woodcliff Lake, NJ 07677
(201) 391-0370

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without

limitation, orders and notices of any application, motion, petition, pleadings, request,

complaint, or demand, whether formal or informal, whether transmitted or conveyed by

mail, delivery, telephone, telegraph, telex, or otherwise which may affect or seek to affect

in any way any rights or interests of Stonegate Mortgage Corporation with respect to the

Debtor's property or proceeds thereof in which the Debtor may claim an interest.

Dated:          Woodcliff Lake, NJ
                August 26, 2016


                              Law Offices of Knuckles, Komosinski & Manfro, LLP
                              Attorneys for Stonegate Mortgage Corporation

                              By:    _____
                                     Ashley L. Rose, Esq.
                                     50 Tice Boulevard, Suite 183
                                     Woodcliff Lake, NJ 07677
                                     (201) 391-0370
                                     alb@kkmllp.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Ashley L. Rose Esq.
Knuckles, Komosinski & Manfro, LLP
50 Tice Boulevard, Suite 183
Woodcliff Lake, NJ 07677
Phone: (201) 391-0370
E-Fax (201) 781-6744
alr@kkmllp.com

In Re:

Brandy M Young a/k/a
Brandy M Hall

| | |
|---|---|
| Case No.: | 16-25667-JNP |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | |
| Judge: | Jerrold N. Poslusny Jr. |

## CERTIFICATION OF SERVICE

1.  I, _____Lawdy Luctama_____ :

    ☐ represent the _____ in the above-captioned matter.

    ☑ am the secretary/paralegal for __Ashley L. Rose, Esq.__ , who represents the
    ____Creditor____ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.


2.     On ___August 3, 2016___ , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

       Notice of Appearance


3.     I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Dated: __August 3, 2016__

/s/ Lawdy Luctama
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Brandy M Young<br>89 Colts Neck Dr<br>Sicklerville, NJ 08081 | Debtor | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
| Thomas G. Egner<br>McDowell Posternock Apell &<br>Detrick, PC<br>46 West Main Street<br>Maple Shade, NJ 08052 | Debtor's Attorney | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |

2