| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR9004-2(c)<br><br>**PLATT & RISO, P.C.**<br>40 Berlin Avenue<br>Stratford, NJ 08084<br>Telephone Number: (856) 784-8500<br>Facsimile Number:  (856) 784-8050<br><br>Attorneys for Secured Creditor,<br>**Township of Winslow**<br>By:  CherylLynn Walters, Esquire<br><br>In Re:<br><br>BRANDY M. YOUNG,<br><br>Debtor. | Case No:     16-25667<br><br>Chapter:     13<br><br>Adv. No.:    N/A<br><br>Hearing Date: None<br><br>Judge: Honorable Jerrold N. Poslusny, Jr. |

## CERTIFICATION OF SERVICE

1. I, _____ Krista Josepayt _____:

    \_\_\_\_\_ represent the _____ in the above-captioned matter.

    **X** am the secretary/paralegal for CherylLynn Walters, Esquire who represents the Township of Winslow in the above-captioned matter.

    \_\_\_\_\_ am the _____ in the above case and am representing myself.

2. On  9/22/16 , I sent a copy of the following pleadings and/or documents to the parties listed below:

    Objection to Confirmation of Debtor's Original Chapter 13 Plan and this Certification of Service

3. I hereby certify that under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 9/22/16

*Krista Josepayt*
SIGNATURE

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Thomas G. Egner, Esquire<br>MCDOWELL POSTERNOCK APELL & DETRICK, P.C.<br>46 West Main Street<br>Maple Shade, New Jersey 08052 | Attorney for Debtor | ___ Hand Delivery<br><br>___ Regular Mail<br><br>___ Certified Mail/RRR<br><br>___ E-Mail<br><br>_X_ Notice of Electronic Filing (NEF)<br><br>___ Other _____<br>(as authorized by the court *) |
| Isabel C. Balboa<br>Cherry Tree Corporate Center<br>535 Route 38<br>Suite 580<br>Cherry Hill, New Jersey 08002 | Trustee | ___ Hand Delivery<br><br>___ Regular Mail<br><br>___ Certified Mail/RRR<br><br>___ E-Mail<br><br>_X_ Notice of Electronic Filing (NEF)<br><br>___ Other _____<br>(as authorized by the court *) |
| | | ___ Hand Delivery<br><br>___ Regular Mail<br><br>___ Certified Mail/RRR<br><br>___ E-Mail<br><br>___ Notice of Electronic Filing (NEF)<br><br>___ Other _____<br>(as authorized by the court *) |