| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Karen B. Olson, Esq.<br>Knuckles, Komosinski & Manfro, LLP<br>565 Taxter Road, Suite 590<br>Elmsford, NY 10523<br>Phone: (914) 345-3020<br>E-Fax (914) 992-9154<br>kbo@kkmllp.com | **NOTICE OF WITHDRAWAL** |
|---|---|
| In Re:<br><br>Brandy M Young | Case No.:  16-25667-JNP<br>Chapter:  13<br>Hearing Date:<br>Judge:  Jerrold N. Poslusny, Jr. |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Secured Creditor, Stonegate Mortgage Corporation by and through its attorneys, Knuckles, Komosinski, & Manfro, LLP, hereby withdraws its Proof of Claim, Claim No. 7, filed on December 7, 2016.

Law Offices of Knuckles, Komosinski & Manfro, LLP

Attorneys for Stonegate Mortgage Corporation

By: _____

Karen B. Olson, Esq.
565 Taxter Road, Suite 590
Elmsford, NY 10523
(914) 345-3020
kbo@kkmllp.com