# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

In re:   JENNIFER J VELARDI A/K/A          Case No.   16-25717 - ABA
         JENNIFER J VELARDI-VELLI
         A/K/A JENNIFER J VELLI

**Debtor(s)**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR UPLAND MORTGAGE LOAN TRUST A | WELLS FARGO BANK, NA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

CARRINGTON MORTGAGE SERVICES, LLC
1600 SOUTH DOUGLASS ROAD
ANAHEIM, CA 92806

Court Claim # (if known): 5-1
Amount of Claim: $139,558.91
Date Claim Filed: 12-14-16

Phone:   800-561-4567
Last Four Digits of Acct #:   8133

Phone:   800-274-7025
Last Four Digits of Acct #:   5893

Name and Address where transferee payments should be sent (if different from above):

CARRINGTON MORTGAGE SERVICES, LLC
P.O. BOX 3730
ANAHEIM, CA 92806

Phone:   800-561-4567
Last Four Digits of Acct #:   8133

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Michael Dingerdissen              Date:   March 16, 2017
      Transferee/Transferee's Agent

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> 780653 <br> PHELAN HALLINAN DIAMOND & JONES, PC <br> 400 Fellowship Road, Suite 100 <br> Mt. Laurel, NJ 08054 <br> 856-813-5500 <br> Attorneys for WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR UPLAND MORTGAGE LOAN TRUST A | |
| In Re: <br><br> JENNIFER J VELARDI A/K/A JENNIFER J VELARDI-VELLI A/K/A JENNIFER J VELLI | Case No: 16-25717 - ABA <br><br> Hearing Date: _____ <br><br> Judge: Andrew B. Altenburg, Jr <br><br> Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Dylan Shaw:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR UPLAND MORTGAGE LOAN TRUST A in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On March 20, 2017 I sent a copy of the following pleadings and/or documents to the parties listed below:

    Transfer of Claim

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  March 20, 2017             /s/ *Dylan Shaw*
                                                    Dylan Shaw

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| JENNIFER J. VELARDI<br>8 EAST WILDE AVE,<br>VILLAS, NJ 08251 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| BRUNO BELLUCCI III, Esquire<br>1201 NEW ROAD<br>SUITE 138<br>LINWOOD, NJ 08221 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| ISABEL C. BALBOA, TRUSTEE<br>CHERRY TREE CORPORATE CENTER,<br>535 ROUTE 38 - SUITE 580<br>CHERRY HILL, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

2